**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1455**

---

SUSAN JEANETTE SMITH; DEBBIE MARCUS; DAWN
SMITH, and others similarly situated,

Plaintiffs - Appellants,

versus

ROY BECK, d/b/a Twin Peaks,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CA-
96-258-3-19)

---

Submitted: February 27, 1997          Decided: March 10, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Susan Jeanette Smith, Debbie Marcus, Dawn Smith, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Smith v. Beck</u>, No. CA-96-258-3-19 (D.S.C. Apr. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>